IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVOY ROBINSON,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| BRIAN COLEMAN, et al.<br>Respondents. | : | NO. 10-265 |

## EXPLANATION AND ORDER

The Court has received correspondence from Petitioner dated February 2, 2010 (which we will have docketed) in which Petitioner expressed the concern that the Court may not have received the petition for a writ of habeas corpus that he intended to submit. He has requested that the Clerk of Court send him a copy of the petition that was filed so that he can verify the petition.

We take no position with respect to the allegations made by Petitioner that allegedly gave rise to his concerns about whether the correct petition has been filed on his behalf, nor will we make any referrals to law enforcement agencies as Petitioner appears to request. We will, however, direct that he be provided a copy of his submission to alleviate any concerns. Petitioner should understand that the Court is making a one-time accommodation for him.

Upon further review of the file, we also note that Petitioner submitted a lengthy document entitled "Legal Argument /Illustrations and Supporting Memorandum of Law" in conjunction with his habeas petition. In that our prior order specified service only of the petition on the District Attorney's Office, we will now clarify that Petitioner's brief should be served as well.

1

AND NOW, this 5th day of February, 2010, upon consideration of the Petitioner's letter dated February 2, 2010 and in light of the foregoing explanation, **IT IS ORDERED** that:

1. The Clerk of this Court shall mail to Petitioner one of the copies of his petition and supporting brief that were received by the Court on January 20, 2010 (Doc. 1);

2. The Clerk of this Court shall serve on the District Attorney of Philadelphia County a copy of this Order and one of the copies in the case file of Petitioner's "Legal Argument/Illustrations and Supporting Memorandum of Law"; and

3. Respondents' answer to the petition, addressed in our order of January 29, 2010 and due to be filed on March 15, 2010, shall respond to both the petition and the supporting brief.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE