IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAVOY ROBINSON | : | CIVIL ACTION |
| v. | : | |
| BRIAN COLEMAN, et al. | : | NO. 10-265 |

## ORDER

AND NOW, this 4th day of November, 2011, upon careful consideration of Petitioner Savoy Robinson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), the May 26, 2010 Report and Recommendation of Magistrate Judge David R. Strawbridge (ECF No. 11), Petitioner's Objections thereto (ECF No. 19), and all related filings, and for the reasons in the accompanying Memorandum re: Petition for Writ of Habeas Corpus, it is hereby ORDERED:

1. The Report and Recommendation (ECF No. 11) is APPROVED and ADOPTED except as noted in the accompanying Memorandum.

2. Petitioner's Objections to the Report and Recommendation (ECF No. 19) are OVERRULED.

3. The Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED with prejudice insofar as it raises claims not cognizable under 28 U.S.C. § 2254 and is DENIED with prejudice in all other respects.

4. There is no basis for the issuance of a certificate of appealability.

5.  The Clerk of Court is directed to mark this matter as CLOSED for statistical purposes.

BY THE COURT:

s/Michael M. Baylson

_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-265 Robinson v. Coleman\Robinson - Order (10.27.11).wpd